**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E D.N.Y.

★ JAN 08 2018 ★

BROOKLYN OFFICE

RECEIVED IN CHAMBERS OF
U.S.D.J. DEARIE
ON: 1/5/18



January 2, 2018

## MEMORANDUM
## TO THE HONORABLE RAYMOND J. DEARIE
## UNITED STATES DISTRICT COURT JUDGE

RE: Sylvestre, Jacques Antione
DOCKET #: 96-CR00546
<u>Request To Release Pre-Sentence Report and Judgement</u>

    Reference is made to the above-noted individual, who was sentenced by Your Honor on January 31, 1997, to three (3) years probation and a $50 special assessment fee. Special conditions imposed were: 1) defendant shall make his best efforts to maintain full-time employment; 2) defendant shall make all child-care payments pursuant to a schedule set by the probation department upon consultation with the defendant, his counsel and the court; 3) defendant shall fulfill all outstanding tax obligations and provide to the probation department documentation supporting tax satisfaction; 4) the defendant shall perform 100 hours of community service within the first two (2) years of his probationary sentence. This sentence followed the offender's guilty plea to Trafficking Stolen United States Treasury Checks. On January 30, 2000, the offender successfully completed his probation term. It can be noted that the offender did satisfy his special assessment and completed his community service hours.

    This letter is to inform Your Honor that on December 8, 2017, our office received a request from the Executive Clemency Bureau/Certificate Review Unit requesting the release of the offender's pre-sentence report and judgement, so that they can properly investigate his Certificate of Relief from Disability application. It can be noted that the offender did sign consent so that these documents be released.

    Based upon this information, we respectfully request that Your Honor permit the probation department to release the requested file material. We await Your Honor's response.

PREPARED BY: _____
Ivan Ruhnke, U.S. Probation Officer

APPROVED BY: _____ Lawrence M. Andres
                                                          2018.01.02 09:51:08 -05'00'
Lawrence Andres, Supervising U.S. Probation Officer

96 CR 546

2

Release Pre-sentence Report,
as recommended by the
Probation Department:          s/ RJD                            1/5/18
                         U.S. District Judge          Date

Deny the release of Pre-sentence
Report:
                         _____
                         U.S. District Judge          Date

Other:
                         _____
                         U.S. District Judge          Date